IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-229

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| DAVID DEANGELO McNEIL (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Suppress. (Doc. No. 10).

The defendant is represented by counsel, (Order, Aug. 2, 2012), and Local Criminal Rule 47.1(H) requires such motions to be filed by counsel.

**IT IS, THEREFORE, ORDERED,** that the defendant's pro se Motion to Suppress, (Doc. No. 10) is **DENIED without prejudice** to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: November 15, 2012

Robert J. Conrad, Jr.
Chief United States District Judge