IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00229-RJC-DCK

| USA, | ) | |
| --- | --- | --- |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID DEANGELO MCNEIL, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Counts Two and Three, (Doc. No. 24), of the Superseding Indictment, (Doc. No. 16), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 24), is **GRANTED** and Counts Two and Three of the Superseding Indictment, (Doc. No. 16), are **DISMISSED** without prejudice.

Signed: March 26, 2013

Robert J. Conrad, Jr.
Chief United States District Judge